

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS JEROME MOORE;<br>LACOLE REGINA MOORE;<br><br>                     Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS INC.; TRANS UNION<br>L.L.C.; EQUIFAX INFORMATION<br>SERVICES L.L.C.,<br><br>                     Defendants. | Case No.:  25-cv-03529-DMS-SBC<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF No. 2]** |

Plaintiffs Demetrius Jerome Moore and Lacole Regina Moore, proceeding pro se, filed a Complaint against Defendants Experian Information Solutions Inc., Trans Union L.L.C., and Equifax Information Services L.L.C.  (ECF No. 1.)  Plaintiffs did not pay the filing fee. (*Id.*).  Plaintiff Lacole Regina Moore filed a motion for leave to proceed in forma pauperis ("IFP"), (Mot., ECF No. 2).  The Court denies the motion to proceed IFP without prejudice.

Generally, parties instituting any civil action, suit, or proceeding in a district court must pay a filing fee.  *See* 28 U.S.C. § 1914(a).  The action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant

to 28 U.S.C. § 1915(a). *Ellis-Sanders v. Guardian Piazza D'Oro LLC*, No. 24-CV-00408, 2024 WL 4442012, at *1 (S.D. Cal. Sept. 4, 2024) (citations omitted). Any action sought to be filed IFP "must be accompanied by an affidavit that includes a statement of all assets which shows inability to pay initial fees or give security." 28 U.S.C. § 1915; S.D. Cal. Civ. R. 3.2. "Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma pauperis unless all of them demonstrate inability to pay the filing fee." *Ellis-Sanders*, 2024 WL 4442012, at *1 (citations omitted); *see also Anderson v. State*, No. 10 CV 2216, 2010 WL 4316996, at *2 (S.D. Cal. Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed in forma pauperis, each plaintiff must qualify for IFP status.").

There are two Plaintiffs in this case. (Compl. 1.) However, only one motion to proceed IFP, signed by Plaintiff Lacole Regina Moore, was submitted. (Mot. 2.) For Plaintiffs to collectively proceed IFP, Plaintiff Demetrius Jerome Moore must also submit an IFP application. *See Jackson v. Wahl*, No. 24-CV-1945, 2024 WL 4983156, at *1 (S.D. Cal. Dec. 4, 2024). Otherwise, the Court cannot determine whether Plaintiffs are entitled to proceed IFP.

Accordingly, the Court **DENIES without prejudice** Plaintiff Lacole Regina Moore's motion to proceed IFP. If Plaintiffs wish to proceed in this case, Plaintiffs must, on or before **March 17, 2026**, either (1) pay the filing fee or (2) each file a motion to proceed IFP. The Court cautions Plaintiffs that failure to pay the filing fee or submit complete IFP applications by the deadline will result in dismissal of this action.[1]

**IT IS SO ORDERED.**

Dated: February 24, 2026

Hon. Dana M. Sabraw
United States District Judge

---

[1] The Court declines, at this time, to screen Plaintiffs' Complaint pursuant to 28 U.S.C. § 1915(e)(2).

2