# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DEMETRIUS JEROME MOORE;
LACOLE REGINA MOORE,

Plaintiffs,

v.

EXPERIAN INFORMATION
SOLUTIONS INC.; TRANS UNION
L.L.C.; EQUIFAX INFORMATION
SERVICES L.L.C.,

Defendants.

Case No.:  25-cv-03529-DMS-SBC

**ORDER DISMISSING CASE**

On December 11, 2025, Pro Se Plaintiffs Demetrius Jerome Moore and Lacole Regina Moore filed a Complaint against Defendants Experian Information Solutions Inc., Trans Union L.L.C., and Equifax Information Services L.L.C. (ECF No. 1.) Plaintiffs did not pay the filing fee. (*Id.*) Plaintiff Lacole Regina Moore filed a motion for leave to proceed in forma pauperis ("IFP"). (Mot., ECF No. 2.)

On February 24, 2026, the Court denied the motion to proceed IFP without prejudice. (ECF No. 3.) The Court ordered Plaintiffs to, on or before March 17, 2026, either (1) pay the filing fee or (2) each file a motion to proceed IFP. (*Id.* at 2.) The Court cautioned Plaintiffs that failure to pay the filing fee or submit complete IFP applications by the

25-cv-03529-DMS-SBC

deadline will result in dismissal of this action. (*Id.*)  The deadline has passed, and Plaintiffs have not paid the filing fee or filed complete IFP applications.

A district court may dismiss an action for failure to comply with the district's Local Rules or a court order.  *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (providing "courts may dismiss under [Federal Rule of Civil Procedure] 41(b) sua sponte, at least under certain circumstances"); S.D. Cal. Civ. R. 83.1(a) (providing failure "to comply with these rules . . . or with any order of the Court may be grounds for imposition by the Court of . . . sanctions authorized by statute or rule or within the inherent power of the Court, including, without limitation, dismissal of any actions"). Accordingly, this action is **DISMISSED without prejudice**.  The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 1, 2026

Hon. Dana M. Sabraw
United States District Judge

25-cv-03529-DMS-SBC